IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| RALPH McKIETH CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 03-PWG-2349-M |
| | ) | |
| CHRISTOPHER GRIFFITH, Attorney at Law, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on October 6, 2003, recommending that this action filed pursuant to 42 U.S.C. §1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. §1915(e)(2)(B)(i-iii). The plaintiff filed objections to the report and recommendation on October 10, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(i-iii). An appropriate order will be entered.

DATED this 30th day of October, 2003.

_____
Chief United States District Judge
U. W. Clemon

ENTERED
OCT 31 2003